Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Antonio Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR.S. 08-438 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER ORDER RESETTING THE STATUS CONFERENCE** |
| ANTONIO MARTINEZ, et al., | |
| Defendants. | |

All defendants by and through their respective counsel and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the status conference currently set for December 8, 2008, should be reset to February 17, 2009, at 10:00 a.m.

The parties stipulate and agree the time from December 8, 2008, up to and including February 17, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

The government has provided defense counsel with additional discovery including two

CDs and six cassette tapes of recorded statements. The statements are in the Spanish language and it is necessary to have them translated and then reviewed with clients. The additional time is necessary to review the tapes and to conduct further investigation and legal research.

DATED: December 5, 2008          */s/ Matthew Bockmon*
                                 Attorney for Misael Hernandez Galvin

DATED: December 5, 2008          */s/ Krista Hart*
                                 Attorney for Antonio Mercado Martinez

DATED: December 5, 2008          */s/ Danny Brace*
                                 Attorney for Heracleo Montanes Gonzalez

DATED: December 5, 2008          */s/ Mark Reichel*
                                 Attorney for Jose Luis Marquez Garibay

DATED: December 5, 2008          */s/ Michael Bigelow*
                                 Attorney for Aristeo Hernandez Montano

DATED: December 5, 2008          */s/ Christopher Cosca*
                                 Attorney for Juan Manuel Hernandez Cruz

DATED: December 5, 2008          McGREGOR SCOTT
                                 United States Attorney

                                 */s/ Heiko Coppola*
                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: December 5, 2008          _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE

2