Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Antonio Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR. S-08-438 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| ANTONIO MERCADO MARTINEZ, et al., | |
| Defendants. | |

All defendants by and through their respective counsel and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the status conference currently set for April 13, 2009, should be reset to June 1, 2009, at 10:00 a.m.

The parties stipulate and agree the time from April 13, 2009, up to and including June 1, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

The government has provided a substantial amount of discovery to the defense including recorded statements of all six defendants, five of which are in the Spanish language.  Defense

counsel are still in the process of reviewing the discovery and working with interpreters to review the recordings with our clients. The additional time is necessary to complete the review of discovery and conduct the necessary investigation.

DATED: April 8, 2009          _/s/ Matthew Bockmon_
Attorney for Misael Hernandez Galvin

DATED: April 8, 2009          _/s/ Krista Hart_
Attorney for Antonio Mercado Martinez

DATED: April 8, 2009          _/s/ Danny Brace_
Attorney for Heracleo Montanes Gonzalez

DATED: April 8, 2009          _/s/ Mark Reichel_
Attorney for Jose Luis Marquez Garibay

DATED: April 8, 2009          _/s/ Michael Bigelow_
Attorney for Aristeo Hernandez Montano

DATED: April 8, 2009          _/s/ Christopher Cosca_
Attorney for Juan Manuel Hernandez Cruz

DATED: April 8, 2009          LAWRENCE BROWN
Acting United States Attorney

         _/s/ Heiko Coppola_
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: April 8, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE