1  LAWRENCE G. BROWN
   Acting United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    CASE NO. 2:08-CR-438 FCD
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )    STIPULATION AND ORDER
                                 )
14  MISAEL GALVIN, et.al.        )
                                 )
15                               )
                Defendants.      )
16  _____)

17       The parties request that the status conference in this case

18  be continued from June 1, 2009 to August 3, 2009 at 10:00 a.m.

19  They stipulate that the time between June 1, 2009 and August 3,

20  2009 should be excluded from the calculation of time under the

21  Speedy Trial Act.  The parties stipulate that the ends of justice

22  are served by the Court excluding such time, so that counsel for

23  the defendant may have reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.

25  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.  Specifically,

26  all defense counsel need additional time to review discovery and

27  to discuss the government's settlement proposal with the

28  defendants.  The parties stipulate and agree that the interests

                                 1

of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Dated: May 28, 2009          By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

Dated: May 28, 2009                 /s/ Matthew Bockmon[1]
                                    MATTHEW BOCKMON
                                    Attorney for Defendant
                                    Misael Hernandez

                                    /s/ Krista Hart
                                    KRISTA HART
                                    Attorney for Defendant
                                    Antonio Martinez

                                    /s/ Danny Brace
                                    DANNY BRACE
                                    Attorney for Defendant
                                    Heracleo Gonzalez

                                    /s/ Mark Reichel
                                    MARK REICHEL
                                    Attorney for Defendant
                                    Jose Garibay

                                    /s/ Michael Bigelow
                                    MICHAEL BIGELOW
                                    Attorney for Defendant
                                    Aristeo Montano

                                    /s/ Christopher Cosca
                                    CHRISTOPHER COSCA
                                    Attorney for Defendant
                                    Juan Cruz

    **IT IS SO ORDERED.**

Dated: May 28, 2009

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

----

    [1]All defense counsel authorized AUSA Coppola to sign this stipulation and order in their stead.

2