Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Antonio Martinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 08-438 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| ANTONIO MARTINEZ, et al., | |
| Defendants. | |

All defendants by and through their respective counsel and the United States (government) by and through counsel Assistant U.S. Attorney Heiko Coppola stipulate and agree the status conference currently set for August 3, 2009, should be reset to August 24, 2009, at 10:00 a.m.

The parties stipulate and agree the time from August 3, 2009, up to and including August 24, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

The government has provided a substantial amount of discovery to the defense including recorded statements of all six defendants, five of which are in the Spanish language.  Defense

1  counsel are still in the process of reviewing the discovery and working with interpreters to
2  review the recordings with our clients. The interpreter, Carol Meredith, has indicated she will
3  have the translations of the recordings completed by July 31, 2009. Defense counsel then needs
4  time to review the transcripts and to meet with their clients to discuss the contents of the
5  statements. The additional time is also necessary to continue the review of other discovery and
6  to continue to conduct the necessary investigation.

7  DATED: July 29, 2009                     */s/ Matthew Bockmon*
                                            Attorney for Misael Hernandez Galvin

9  DATED: July 29, 2009                     */s/ Krista Hart*
                                            Attorney for Antonio Mercado Martinez

11 DATED: July 29, 2009                     */s/ Danny Brace*
                                            Attorney for Heracleo Montanes Gonzalez

13 DATED: July 29, 2009                     */s/ Mark Reichel*
                                            Attorney for Jose Luis Marquez Garibay

15 DATED: July 29, 2009                     */s/ Michael Bigelow*
                                            Attorney for Aristeo Hernandez Montano

17 DATED: July 29, 2009                     */s/ Christopher Cosca*
                                            Attorney for Juan Manuel Hernandez Cruz

20 DATED: July 29, 2009                     LAWRENCE BROWN
                                            Acting United States Attorney

                                            */s/ Heiko Coppola*
                                            Assistant U.S. Attorney

## **ORDER**

25  This Court finds the ends of justice are best served by granting the request to exclude
26 time from the Speedy Trial Act. The exclusion is necessary to allow defense counsel adequate
27 time to complete preparation of transcripts, to review the transcripts and to discuss them with
28 their respective clients. This Court finds the exclusion of time from August 3, 2009, up to and

2

1 including August 24, 2009, is appropriate pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
2 Code T4.  Therefore, it is ordered that the Status Conference currently set for August 3, 2009, be
3 vacated and reset to August 24, 2009, at 10:00 a.m. and that time is excluded.
4 DATED:	7/29/2009

_____
The Honorable Frank C. Damrell, Jr.
United States District Court Judge