LAWRENCE G. BROWN
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-CR-0438 FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MISAEL GALVIN, et.al. ) | |
| Defendant. ) | |

The parties request that the status conference in this case be continued from August 24, 2009 to September 28, 2009 at 10:00 a.m.  The parties stipulate that the time between August 24, 2009 and September 28, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, plea agreements have been provided to all defense counsel.  All defense counsel need additional time to review the plea agreements and to discuss the government's plea agreements with the defendants.  The parties stipulate and agree that the

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                Respectfully Submitted,

                                                LAWRENCE G. BROWN
                                                United States Attorney

DATE: August 20, 2009       By:    /s/ Heiko P. Coppola
                                                HEIKO P. COPPOLA
                                                Assistant U.S. Attorney

DATE: August 20, 2009              /s/ Matthew Bockmon[1]
                                                MATTHEW BOCKMON
                                                Attorney for Defendant Misael Hernandez

                                                /s/ Krista Hart
                                                KRISTA HART
                                                Attorney for Defendant Antonio Martinez

                                                /s/ Danny Brace
                                                DANNY BRACE
                                                Attorney for Defendant Heracleo Gonzalez

                                                /s/ Mark Reichel
                                                MARK REICHEL
                                                Attorney for Defendant Jose Garibay

                                                /s/ Michael Bigelow
                                                MICHAEL BIGELOW
                                                Attorney for Defendant Aristeo Montano

                                                /s/ Christopher Cosca
                                                CHRISTOPHER COSCA
                                                Attorney for Defendant Juan Cruz

**IT IS SO ORDERED.**

Dated: August 20, 2009

                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE

---

[1] All defense counsel authorized AUSA Coppola to sign this stipulation and order in their stead.