LAWRENCE G. BROWN
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-0438 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| MISAEL HERNANDEZ GALVIN, ANTONIO MERCADO MARTINEZ, HERACLEO MONTANES GONZALEZ, JOSE MARQUEZ GARIBAY, ARISTEO HERNANDEZ MONTANO, JUAN HERANDEZ CRUZ, | |
| Defendants. | |

This matter came before the Court on September 28, 2009 for a status conference. All defendants were present, in custody and with the exception of Defendant Aristeo Hernandez Montano, were assisted by the court-certified Spanish language interpreter.

Counsel for all defendants except, Misael Hernandez Galvin and Jose Luis Marquez Garibay, were present. Misael Hernandez Galvin was represented by Linda Harter, specially appearing for counsel of record Matthew Bockmon. Jose Luis Marquez Garibay was represented by Krista Hart, specially appearing for counsel of record Mark Reichel.

By agreement of all parties, jury trial in this matter was set for February 23, 2010.  A trial confirmation hearing was set for February 1, 2010.

Danny Brace, representing Heracleo Montanes Gonzalez, indicated that his current trial schedule prevented him from being prepared to try this matter until the end of January 2010, but that he could be ready to proceed at the end of January 2010.

Michael Bigelow, representing Aristeo Hernandez Montano, indicated to the Court that it was appropriate to exclude time with respect to his client in order to further prepare for trial. Because of a trial set for the end of January 2010, Krista Hart, representing Antonio Mercado Martinez, would not be able to try this matter at the end of January 2010.

Linda Harter, on behalf of Misael Hernandez Galvin, and Krista Hart, on behalf of Jose Marquez Garibay, made no representations concerning the exclusion of time as to these defendants.  Misael Hernandez Galvin and Jose Marquez Garibay are joined for trial with the remaining defendants, the time for trial for Misael Hernandez Galvin and Jose Marquez Garibay has not run, and no motion for severance has been made.

Christopher Cosca, representing Juan Hernandez Cruz, indicated to the Court that he did not require an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq. to prepare for trial.  Juan Hernandez Cruz is joined for trial with the remaining defendants, the time for trial for Juan Hernandez Cruz has not run, and no motion for severance has been made.

Defendants Heracleo Montanes Gonzalez and Antonio Mercado Martinez stipulate that the time between September 28, 2009 and

February 23, 2010 should be excluded from the calculation of time under the Speedy Trial Act. These parties stipulate that the ends of justice are served by the Court excluding such time, so that defendants Heracleo Montanez Gonzalez and Antonio Mercado Martinez are not unreasonably denied continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Defendant Aristeo Hernandez Montano stipulates that the time between September 28, 2009 and February 23, 2010 should be excluded from the calculation of time under the Speedy Trial Act. Defendant Aristeo Hernandez Montano stipulates that the ends of justice are served by the Court excluding such time, so that counsel for the Aristeo Hernandez Montano may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, counsel for Aristeo Hernandez Montano needs the time between September 28 and February 23, 2010 to continue reviewing the discovery and preparing for trial.

Defendants Heracleo Montanes Gonzalez, Antonio Mercado Martinez and Aristeo Hernandez Montano and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

DATE: October 2, 2009        By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

| | |
|---|---|
| DATE: October 2, 2009 | /s/ Linda Harter for[1]<br>MATTHEW BOCKMON<br>Attorney for Defendant<br>Misael Hernandez |
| | /s/ Krista Hart<br>KRISTA HART<br>Attorney for Defendant<br>Antonio Martinez |
| | /s/ Danny Brace<br>DANNY BRACE<br>Attorney for Defendant<br>Heracleo Gonzalez |
| | /s/ Mark Reichel<br>MARK REICHEL<br>Attorney for Defendant<br>Jose Garibay |
| | /s/ Michael Bigelow<br>MICHAEL BIGELOW<br>Attorney for Defendant<br>Aristeo Montano |
| | /s/ Christopher Cosca<br>CHRISTOPHER COSCA<br>Attorney for Defendant<br>Juan Cruz |

**ORDER**

IT IS HEREBY ORDERED that jury trial in the above-entitled case, by agreement of the parties, will commence on February 23, 2010.  A trial confirmation hearing is set for February 1, 2010.

IT IS FURTHER ORDERED, based upon the above stipulation, that the time between September 28, 2009 and February 23, 2010 shall be excluded under the Speedy Trial Act as to defendants Antonio Mercado Martinez and Heracleo Montanes Gonzalez so as not to unreasonably deny these defendants continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  The Court finds that, based upon the above stipulation, that the ends justice

---

[1] All defense counsel authorized AUSA Coppola to sign this stipulation and order in their stead.

4

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS ALSO ORDERED, based upon the above stipulation that the time between September 28, 2009 and February 23, 2010 shall be excluded under the Speedy Trial Act as to defendant Aristeo Hernandez Montano, so that his attorney may have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. The Court finds that, based upon the above stipulation, that the ends justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER ORDERED, that the time between September 28, 2009 and February 23, 2010 shall be excluded as to defendants Misael Hernandez Galvin, Jose Marquez Garibay and Juan Hernandez Cruz pursuant to 18 U.S.C. § 3161(h)(6) and Local Code R, on the basis that these defendants are joined for trial with the remaining defendants, the time for trial as to Misael Hernandez Galvin, Jose Marquez Garibay and Juan Hernandez Cruz has not run and no motion for severance as to Misael Hernandez Galvin, Jose Marquez Garibay and Juan Hernandez Cruz has been granted.

DATE: October 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE