BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>           Plaintiff, ) <br> ) <br>   v.                   ) <br> ) <br> MISAEL GALVIN, et.al.     ) <br> ) <br> ) <br>           Defendants. ) <br> _____) | CASE NO. 2:08-CR-0438 FCD <br><br> STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION HEARING, VACATE TRIAL DATE, SET STATUS CONFERENCE AND EXCLUDE TIME |

The undersigned parties request that the trial confirmation hearing in this case, set for February 1, 2010 be vacated and the matter be continued from February 1, 2010 to March 15, 2010 at 10:00 a.m. for a status conference. On September 28, 2009, this Court excluded time under the Speedy Trial Act through and including February 23, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

The undersigned parties also request that the current trial date of February 23, 2010 be vacated. They stipulate that the time between February 1, 2010 and March 15, 2010 should be excluded from the calculation of time under the Speedy Trial Act.

1

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant and the government may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

The parties also stipulate that time should be excluded under the Speedy Trial Act based on the unavailability of an essential government witness.  18 U.S.C. § 3161(h)(3)(A) and Local Code M.  The parties further stipulate that the essential government witness is unavailable because his presence at trial cannot be secured by due diligence, as described below. 18 U.S.C. § 3161(h)(3)(B).

Specifically, the case agent, who is an essential witness for the government's case-in-chief, is unavailable for trial because he recently had open-heart surgery.  The case agent has been off-duty since December 2009, will not be medically cleared for reinstatement to duty before the trial date, has not been able to assist the government with necessary trial preparation, and would not be able to testify in the trial of this matter were it to proceed on February 23, 2010 because of his continued recuperation from heart surgery.  Because of the witness' unavailability, the government cannot proceed to trial on February 23, 2010 and will need reasonable additional time to prepare the matter for trial.

Moreover, revised plea agreements were recently provided to all defendants in this matter.  Counsel for the defendants need additional time to discuss the revised plea agreements with the defendants and to prepare for further hearings.  The parties

2

stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: January 28, 2010        By:    /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
                                     Assistant U.S. Attorney


DATE: January 28, 2010                /s/ Douglas Beevers
                                      DOUGLAS BEEVERS
                                      Attorney for Defendant
                                      Misael Galvin

                                      /s/ Danny Brace
                                      DANNY BRACE
                                      Attorney for Defendant
                                      Heracleo Gonzalez

                                      /s/ Mark Reichel
                                      MARK REICHEL
                                      Attorney for Defendant
                                      Jose Garibay

                                      /s/ Michael Bigelow
                                      MICHAEL BIGELOW
                                      Attorney for Defendant
                                      Aristeo Montano

                                      /s/ Christopher Cosca
                                      CHRISTOPHER COSCA
                                      Attorney for Defendant
                                      Juan Cruz

**ORDER**

Based upon the stipulation of the parties and for good cause shown above, it is ORDERED that the trial confirmation hearing on February 1, 2010 and the trial date set for February 23, 2010 are hereby vacated.  This matter is continued for a status conference on March 15, 2010 at 10:00 a.m.

It is FURTHER ORDERED that time under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(3)(A) and Local Code M for the unavailability of an essential government witness for the reasons set out in the above stipulation of the parties. Time under the Speedy Trial Act is also excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 to allow for reasonable preparation by the parties.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATE: January 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE