BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                      )   Case No. 2:08-CR-0438 EJG
          Plaintiff,                  )
                                      )
     v.                               )   STIPULATION AND ORDER AS TO
                                      )   DISPOSAL OF FIREARMS SEIZED
MISAEL HERNANDEZ GALVIN,              )
                                      )
          Defendant.                  )
_____

**STIPULATION**

   The defendant hereby waives all right, title, and interest to the following firearms and ammunition seized:

     1. Model SLR-95, Bulgarian 7.62x39mm assault rifle, unknown serial number and 30 rounds of ammunition;

     2. Olympic Arms .223 caliber rifle, serial number SM1168 and 30 rounds of ammunition;

     3. Raven Arms .25 caliber semi-automatic pistol, serial number 782625, with two magazines and 11 rounds of ammunition;

     4. Taurus 9mm semi-automatic pistol, serial number TJD33497, with two magazines and any 9mm ammunition seized.

   The parties further stipulate and agree that appropriate

disposition may be made thereof by the U.S. Forest Service in accordance with their evidence destruction policy.

Dated: September 3, 2010

MISAEL HERNANDEZ GALVIN
Defendant

DOUGLAS BEEVERS
Attorney for Defendant Galvin

HEIKO P. COPPOLA
Assistant U.S. Attorney

**ORDER**

It is hereby ORDERED, THAT, the U.S. Forest Service may dispose of the above-described firearms and ammunition in accordance with their evidence destruction policy.

DATED: September 8, 2010

EDWARD J. GARCIA
Senior U.S. District Judge

2